NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**KELLOGG BROWN & ROOT SERVICES, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Cross Appellant.*

---

2012-5106, -5115

---

Appeals from the United States Court of Federal Claims in case no. 09-CV-351, Judge Christine O.C. Miller.

---

**ON MOTION**

---

**O R D E R**

Kellogg Brown & Root Services, Inc. ("Kellogg Brown") moves unopposed for leave to establish a timetable for filing *amicus* briefs in support of Kellogg Brown.

Upon consideration thereof,

IT IS ORDERED THAT:

KELLOGG BROWN & ROOT SERVICES v. US                2

The motion is denied without prejudice to any party seeking leave to file an *amicus* brief within the time frame provided for by Fed. R. App. P. 29(e) or out of time.

For The Court

SEP 2 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  J. Reid Prouty, Esq.
     John P. Elwood, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 5 2012

JAN HORBALY
CLERK